1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRIAN WARD, et al.,

9

                    Plaintiffs,                Case No. C15-1218-RAJ

10

        v.                                     **REPORT AND
                                               RECOMMENDATION**

11

THE BANK OF NEW YORK MELLON,

12

                    Defendant.

13

14      Plaintiffs Brian and Virginia Ward, proceeding *pro se*, filed a complaint accompanied by a

15  single application to proceed *in forma pauperis* ("IFP").  On August 3, 2015, the Court notified

16  plaintiffs that the IFP application was deficient because *each* plaintiff must complete and file an

17  IFP affidavit and written consent for payment of costs form, and each form submitted must be

18  signed by the party personally.  Dkt. 2.  The Court's order directed plaintiffs to cure the deficient

19  IFP no later than September 3, 2015.  *Id.*  Plaintiffs have failed to do so.  Accordingly, the Court

20  recommends the plaintiffs' single IFP application be denied and that plaintiffs be directed to pay

21  the filing fee in this case or the case will be dismissed.

22      A proposed order accompanies this Report and Recommendation.  Objections, if any, to

23  this Report and Recommendation must be filed and served no later than **September 18, 2015**.  If

no objections are filed, the matter will be ready for the Court's consideration on **September 21,**

REPORT AND RECOMMENDATION - 1

1 | **2015**.  Objections shall not exceed five (5) pages.  The failure to timely object may affect the

2 | right to appeal.

3 | The Clerk shall send a copy of this Order to plaintiffs.

4 | DATED this 4th day of September, 2015.

5 |

6 |

7 |

8 | _____
    BRIAN A. TSUCHIDA
    United States Magistrate Judge

9 |

10 |

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

REPORT AND RECOMMENDATION - 2