1
2
3
4
5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRIAN WARD, et al.,

                Plaintiffs,

   v.

THE BANK OF NEW YORK MELLON, et al.,

               Defendants.

Case No. C15-1218-RAJ

**ORDER DENYING IFP APPLICATION AND DIRECTING PLAINTIFFS TO PAY THE FILING FEE**

      The Court, having reviewed plaintiffs' application for leave to *proceed in forma pauperis* ("IFP") (Dkt. 1), the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, does hereby find and **ORDER**:

      (1)    The Court adopts the Report and Recommendation.

      (2)    Plaintiffs' IFP application (Dkt. 1) is **DENIED**.

      (3)    The Clerk shall file the complaint only on receipt of the usual filing fee. If no filing fee is paid within 30 days of the date of this Order, the Clerk shall close the file.

//

//

//

ORDER DENYING IFP APPLICATION AND DIRECTING
PLAINTIFFS TO PAY THE FILING FEE - 1

The Clerk is directed to send copies of this Order to Plaintiff and to Judge Tsuchida.

DATED this 28th day of September, 2015.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER DENYING IFP APPLICATION AND DIRECTING
PLAINTIFFS TO PAY THE FILING FEE - 2